# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 11, 2013

## NO. 03-13-00238-CV

### D. L. and K. M., Appellants

### v.

### The Texas Department of Family and Protective Services, Appellee

---

**APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
DISMISSED -- OPINION BY JUSTICE PEMBERTON**

---

**THIS DAY** came on to be submitted to this Court appellants' motions to dismiss the appeal in the above cause, and the Court having fully considered said motions, and being of the opinion that same should be granted: **IT IS THEREFORE** considered, adjudged and ordered that said motions are granted, and that the appeal is dismissed. It appearing that the appellants are indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.